NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BARBARO HERIBERTO MESA          )
RODRIGUEZ,                      )
                                )
        Appellant,              )
                                )
v.                              )        Case No.  2D17-2433
                                )
STATE OF FLORIDA,               )
                                )
        Appellee.               )
_____ )

Opinion filed December 19, 2018.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Andrew F. Rier and Jonathan E. Jordan of
Rier Jordan, P.A., Miami, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

        Affirmed.


CASANUEVA, SILBERMAN, and SLEET, JJ., Concur.